**WO**                                                                                         MDR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edward F. Parks, | No. CV 12-8155-PCT-GMS (DKD) |
| Petitioner, | **ORDER** |
| vs. | |
| Mohave County, et al., | |
| Respondents. | |

On August 1, 2012, Petitioner Edward F. Parks, who is confined in the Arizona State Prison Complex-Yuma in San Luis, Arizona, filed a *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 and an Application to Proceed *In Forma Pauperis* (Doc. 2).

**I.     Failure to Pay Filing Fee**

Section 1914(a), 28 U.S.C., establishes a $5.00 filing fee for applications for a writ of habeas corpus. Rule 3.5(b) of the Local Rules of Civil Procedure requires that "[i]f a habeas corpus petitioner desires to prosecute the petition *in forma pauperis*, the petitioner shall file an application to proceed *in forma pauperis* on a form approved by the Court, accompanied by a certification of the warden or other appropriate officer of the institution in which the petitioner is confined as to the amount of money or securities on deposit to the petitioner's credit." Rule 3.5(b) also requires payment of the $5.00 filing fee if a petitioner has in excess of $25.00 in his inmate account.

**JDDL**

Although Petitioner has used the court-approved form, the "Certificate of Correctional Official as to Status of Applicant's Trust Account" section has not been completed by an authorized correctional official, as required. In light of this discrepancy, the Court will deny the Application to Proceed *In Forma Pauperis* and will give Petitioner 30 days to either pay the $5.00 filing fee or submit a complete Application to Proceed *In Forma Pauperis*.

**II.   Warnings**

    **A.   Address Changes**

Petitioner must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure. Petitioner must not include a motion for other relief with a notice of change of address. Failure to comply may result in dismissal of this action.

    **B.   Copies**

Petitioner must submit an additional copy of every filing for use by the Court. See LRCiv 5.4. Failure to comply may result in the filing being stricken without further notice to Petitioner.

    **C.   Possible Dismissal**

If Petitioner fails to timely comply with every provision of this Order, including these warnings, the Court may dismiss this action without further notice. See Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to comply with any order of the Court).

**IT IS ORDERED:**

(1)   Petitioner's Application to Proceed *In Forma Pauperis* (Doc. 2) is **denied without prejudice**.

(2)   Within 30 days of the date this Order is filed, Petitioner must either pay the $5.00 filing fee **or** file a complete Application to Proceed *In Forma Pauperis*.

(3)   If Petitioner fails to either pay the $5.00 filing fee or file a complete Application to Proceed *In Forma Pauperis* within 30 days, the Clerk of Court must enter a

judgment of dismissal of this action without prejudice and without further notice to Petitioner.

(4)     The Clerk of Court must mail Petitioner a court-approved form for filing an Application to Proceed *In Forma Pauperis* (Habeas).

DATED this 23rd day of August, 2012.

/s/ G. Murray Snow
G. Murray Snow
United States District Judge

_____
Name and Prisoner/Booking Number

_____
Place of Confinement

_____
Mailing Address

_____
City, State, Zip Code

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |  |
|---|---|---|
| _____, | ) | |
| Petitioner, | ) | CASE NO. _____ |
| | ) | |
| vs. | ) | |
| | ) | APPLICATION TO PROCEED |
| _____, | ) | *IN FORMA PAUPERIS* |
| Respondent(s). | ) | BY A PRISONER |
| | ) | (HABEAS) |

    I, _____, declare, in support of my request to proceed in the above entitled case without prepayment of fees under 28 U.S.C. § 1915, that I am unable to pay the fees for these proceedings or to give security therefor and that I believe I am entitled to relief.

    In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently employed at the institution where you are confined?    ❏Yes   ❏No
   If "Yes," state the amount of your pay and where you work. _____
   _____
   _____

2. Do you receive any other payments from the institution where you are confined?  ❏Yes   ❏No
   If "Yes," state the source and amount of the payments. _____
   _____
   _____

3. Do you have any other sources of income, savings, or assets either inside or outside of the institution where you are confined?  ☐ Yes   ☐ No
If "Yes," state the sources and amounts of the income, savings, or assets. _____
_____
_____


I declare under penalty of perjury that the above information is true and correct.


| _____ | _____ |
| DATE | SIGNATURE OF APPLICANT |

---

### CERTIFICATE OF CORRECTIONAL OFFICIAL
### AS TO STATUS OF APPLICANT'S TRUST ACCOUNT

I, _____, certify that as of the date applicant signed this application:
       (Printed name of official)

The applicant's trust account balance at this institution is:  $_____.

_____
DATE            AUTHORIZED SIGNATURE         TITLE/ID NUMBER            INSTITUTION

2